United States District Court
For the District of Columbia

Nathaniel Smith Thurston, Jr.
  Petitioner

vs

George Walker Bush,
Patrick Leahy,
John Conyers, Jr.
  Respondents,

Case No. 07-1139 (CKK)

## Change of Address

Judicial notice is submitted to Nancy Mayer-Whittington, Clerk of the Court for change of address of the petitioner:

  Nathaniel S. Thurston, Jr.
  # 01744-016
  Federal Correctional Complex — LOW
  P.O. Box 1031
  Coleman, Florida 33521

Official change of address is requested to change Thurston's address from the Medium / P.O. Box 1032 address to the above, please.

Date: August 13, 2007

Nathaniel S. Thurston, Jr.

RECEIVED
AUG 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT